**Undra–Christopher; WATKINS, Plaintiff–Appellant,**

v.

**Jack E. TANNER; et al., Defendants– Appellees.**

**No. 05–36135.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 13, 2006.

Undra–Christopher Watkins, Sheridan, OR, pro se.

Appeal from the United States District Court for the Western District of Washington, Ronald B. Leighton, District Judge, Presiding. D.C. No. CV–05–05640–RBL.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

Washington state prisoner Undra–Christopher; Watkins appeals pro se from the district court's judgment dismissing as frivolous his civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Watkins' action as frivolous because his complaint lacked an arguable basis in ei-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ther fact or law. *See Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir.1995).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.